UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LESLEY HOLMAN, DOMINGO PEREZ
TROY and MARIA PEDRO RUPERTO,
as plenary guardian of Viviana Pedro,

       Plaintiffs,

v.                            Case No.:  2:18-cv-76-FtM-38MRM

LEE MEMORIAL HEALTH SYSTEM
and UNITED STATES OF AMERICA,

       Defendants.
_____/

**<u>ORDER</u>**[1]

    This matter comes before the Court on the parties' Notice of Settlement (Doc. 125) filed on October 16, 2019. The parties inform the Court that they have reached a global settlement of all pending claims, subject to approval by the Lee County Circuit Court Judge who presides over the Guardianship of Viviana Pedro. Considering the global settlement of all claims, the Court will administratively close this case pending approval. The Court requests that a status be filed every 30 days.

    Accordingly, it is now

    **ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(1)     The Clerk is directed to terminate any previously scheduled deadlines and pending motions, and administratively close this case.

(2)     The parties are directed to file a status report regarding approval of the global settlement every 30 days, beginning on **November 17, 2019**.  If approval is obtained the parties should notify the Court and file a stipulation of dismissal so this case may be closed.

**DONE** and **ORDERED** in Fort Myers, Florida this 17th day of October, 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE


Copies:  All Parties of Record